# UNITED STATES DISTRICT COURT

Eastern **District of** California

William Barker

Plaintiff (s),

V.

Osemwingie, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:16-cv-3008 CKD PC

Notice is hereby given that, subject to approval by the court, __William Barker__ substitutes
(Party (s) Name)

__Scottlynn J Hubbard__, State Bar No. __212970__ as counsel of record in place
(Name of New Attorney)

place of __William Barker__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Disabled Advocacy Group, APLC |
| Address: | 12 Williamsburg Lane, Chico, CA 95926 |
| Telephone: | (530) 895-3252     Facsimile (530) 894-8244 |
| E-Mail (Optional): | usdceast@hubslaw.com |

I consent to the above substitution.

Date: 2/6/17                                                                 /s/William Barker
                                                                                       (Signature of Party (s))

I consent to being substituted.

Date: 2/6/17                                                                 /s/William Barker
                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/6/17                                                                 /s/Scottlynn J Hubbard
                                                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/7/2017                                                             /s/ Carolyn K. Delaney
                                                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**