1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM BARKER,                          No.  2:16-cv-3008 CKD P

12              Plaintiff,

13         v.                                  ORDER

14    OSEMWINGIE, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  Defendants recently filed a motion to dismiss the second amended

19    complaint. (ECF No. 32.)  Once briefing on the motion is complete, it will be taken under

20    submission.

21         Accordingly, IT IS HEREBY ORDERED that plaintiff shall have fourteen days from the

22    filing of this order to respond to defendants' motion to dismiss.  Defendants' reply, if any, shall

23    be filed within seven days thereafter.

24    Dated:  June 7, 2017

25                                             _____
                                               CAROLYN K. DELANEY
26                                             UNITED STATES MAGISTRATE JUDGE

27    13:bark3008.mtd.briefing

28

                                                    1