UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSEMWINGIE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-3008 CKD P<br><br><br><br>ORDER |

An Order Re Consent or Request for Reassignment was issued in this case along with the appropriate form. (ECF. Nos. 2-1, 16.) The parties were required to complete and file the form within thirty days. More than thirty days have passed and none of the parties have filed the required form.

Accordingly, IT IS HEREBY ORDERED that the parties shall each file a completed consent or request for reassignment form within seven days of the date of this order.

Dated: July 11, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:bark3008.consent.decline

1