1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 322-8288
    E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants Osemwingie and Ramiscal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>Plaintiff,<br><br>v.<br><br>**OSEMWINGIE, et al.,**<br><br>Defendants. | No. 2:16-cv-03008-JAM-CKD (PC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT-RELATED DEADLINES BY FORTY-FIVE DAYS**<br><br>Trial Date:   None<br>Action Filed: April 12, 2017 |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a modification of the March 26, 2018 Scheduling Order (ECF No. 53) to extend the expert-related deadlines by forty-five days. Good cause exists to grant this stipulated request because the parties require more time to disclose expert witnesses.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district

1

court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

On March 26, 2018, the Court issued a Scheduling Order requiring, as relevant here, the parties to exchange expert disclosures by November 19, 2018, and supplemental/rebuttal reports by December 17, 2018. (ECF No. 53.) The Court further required that expert discovery be completed by no later than January 16, 2019. (*Id*.) The parties request an extension of the expert-discovery deadlines because they require additional time to make expert disclosures and explore the possibility of early settlement which may obviate the need for such disclosures and further litigation costs. Fact discovery is complete. And the parties' proposed modification and request will not affect any other scheduling deadlines, including the dispositive-motion dates.

IT IS SO STIPULATED.

Dated: November 14, 2018                Respectfully submitted,

                                        XAVIER BECERRA
                                        Attorney General of California
                                        PETER A. MESHOT
                                        Supervising Deputy Attorney General


                                        */s/ Diana Esquivel*

                                        DIANA ESQUIVEL
                                        Deputy Attorney General
                                        *Attorneys for Defendants Osemwingie and Ramiscal*

Dated: November 14, 2018                Disabled Advocacy Group, APLC


                                        */s/ Scottlynn J. Hubbard*  (as authorized 11/14/18)

                                        SCOTTLYNN J. HUBBARD
                                        *Attorney for Plaintiff William Barker*

SA2017304374
33627910.docx

2

Stipulation to Modify Scheduling Order re Expert-Discovery Deadlines and ~~Proposed~~ Order
(2:16-cv-3008 JAM-CKD)

**[Proposed] ORDER**

Good cause appearing, the parties' stipulated request to modify the expert-related deadlines is GRANTED. The March 26, 2018 Scheduling Order (ECF No. 53) is modified as follows:

The deadline for disclosing experts is January 3, 2019, with any rebuttal experts witness disclosures due by January 31, 2019.

Expert discovery shall close on March 1, 2019. Any discovery motions related to expert discovery must be noticed for the hearing to take place by this date and shall be brought in the same manner as motions related to non-expert discovery.

In all other respects, the March 26, 2018 Scheduling Order remains in full force and effect.

IT IS SO ORDERED.

Dated: November 16, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE