1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7320
6    Facsimile: (916) 322-8288
     E-mail: Diana.Esquivel@doj.ca.gov
7  Attorneys for Defendants Osemwingie and Ramiscal

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12

13  **WILLIAM BARKER,**                     No. 2:16-cv-03008-JAM-CKD (PC)

14                            Plaintiff,     **STIPULATION AND** ~~**PROPOSED**~~
                                             **ORDER TO MODIFY SCHEDULING**
15            v.                             **ORDER TO EXTEND EXPERT-**
                                             **RELATED DEADLINES**
16  **OSEMWINGIE, et al.,**
                                             Trial Date:    None
17                            Defendants.    Action Filed:  April 12, 2017

18

19         Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through

20  their counsel of record, agree to and request a modification of the November 19, 2018 Order

21  (ECF No. 56) to further extend the expert-related deadlines by twenty-eight days or less.  Good

22  cause exists to grant this stipulated request because the parties require more time to disclose

23  expert witnesses.

24         A scheduling order may be modified only upon a showing of good cause and by leave of

25  Court.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc*., 975

26  F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In

27  considering whether a party moving for a schedule modification has good cause, the Court

28  primarily focuses on the diligence of the party seeking the modification.  *Johnson*, 975 F.2d at

                                              1

609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

On November 19, 2018, the Court granted the parties' stipulated request for an extension of the expert-related deadlines set out in the initial Scheduling Order, issued on March 26, 2018. (*See* ECF Nos. 53, 56.) The first request for extension was made on the ground that the parties required more time to conduct expert discovery while they engaged in informal settlement discussions. Since that time, the parties had settlement negotiations but were unable to reach an agreement. Due to the holidays and the unavailability of witnesses, the parties require additional time to disclose expert witnesses and complete expert discovery. Fact discovery is complete. And the parties' proposed additional extension of the expert-related deadlines will not affect any other scheduling deadline, including the dispositive-motion date set out in the initial March 26, 2018 Scheduling Order. For these reasons, the parties agree and request that the initial disclosure of expert witnesses be January 25, 2019; supplement/rebuttal reports be due on February 22, 2019; and expert discovery be completed by March 22, 2019.

///

///

///

///

///

///

///

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO STIPULATED.

Dated:  January 3, 2019                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ **Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Osemwingie and
Ramiscal*

Dated:  January 3, 2019                    Disabled Advocacy Group, APLC

*/s/ **Scottlynn J. Hubbard***  (as authorized
1/3/19)

SCOTTLYNN J. HUBBARD
*Attorney for Plaintiff William Barker*

SA2017304374
33719241.docx

**[~~Proposed~~] ORDER**

Good cause appearing, the parties' stipulated request to further modify the expert-related deadlines is GRANTED. The March 26 and November 19, 2018 Orders (ECF Nos. 53, 56) are modified as follows:

The deadline for disclosing expert witnesses is January 25, 2019, with any rebuttal experts witness disclosures due by February 22, 2019.

Expert discovery shall close on March 22, 2019. Any discovery motions related to expert discovery must be noticed for the hearing to take place by this date and shall be brought in the same manner as motions related to non-expert discovery.

In all other respects, the March 26, 2018 Scheduling Order remains in full force and effect.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:bark3008.stip.2d

4