UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>OSEMWINGIE, et al.,<br><br>        Defendants. | No. 2:16-cv-3008 JAM CKD P<br><br>**ORDER** |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." (ECF Nos. 39, 60.) According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:16-cv-3008 CKD. All currently scheduled dates presently set before Judge Mendez are hereby VACATED.

/////

1

IT IS SO ORDERED.

DATED: April 11, 2019

/s/ John A. Mendez_____

John A. Mendez

United States District Court Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: April 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE