Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
E-mail: USDCEast@HubsLaw.com

Attorney for plaintiff William Barker

United States District Court

Eastern District of California

| | |
|---|---|
| William Barker, | Case No. 2:16-cv-03008-CKD-PC |
| Plaintiff, | **Stipulation to Continue Defendants' Motion for Summary Judgment** |
| vs. | |
| Osemwingie, et al., | Date: May 22, 2019<br>Time: 10:00 a.m. |
| Defendants. | Room: 24, 8th Floor |
| | Honorable Carolyn K. Delaney |

*Barker v. Osemwingie, et al.* Case No. 2:16-cv-03008-CKD-PC
**Stipulation to Continue Defendants' Motion for Summary Judgment**
Page 1

Defendants' motion for summary judgment is currently set to be heard on May 22, 2019, with plaintiff's opposition to do be filed May 8, 2019. Because of the logistics involved in dealing with prisoner plaintiffs, Plaintiff's counsel needs an extra week to complete his opposition. As such, the parties hereby stipulate to continue Defendants' motion to May 29, 2019, with Plaintiff's opposition being due May 15, 2019 and Defendants' reply May 22, 2019.

Dated: May 8, 2019           DISABLED ADVOCACY GROUP, APLC

                                        */s/ Scottlynn J Hubbard*
                                        SCOTTLYNN J HUBBARD
                                        Attorney for Plaintiff

Dated: May 8, 2019           ATTORNEY GENERAL of CALIFORNIA

                                        */s/ Diana Esquivel*
                                        DIANA ESQUIVEL
                                        Attorney for Defendants

## [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the hearing on Defendants' Motion for Summary Judgment shall be continued to May 29, 2019, at 10:00 a.m. with Plaintiff's opposition due May 15, 2019 and Defendants' reply due May 22, 2019.

Dated: May 10, 2019

                                                CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

*Barker v. Osemwingie, et al.*                                              Case No. 2:16-cv-03008-CKD-PC
**Stipulation to Continue Defendants' Motion for Summary Judgment**
Page 2