UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSEMWINGIE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-3008 CKD P<br><br><br>ORDER |

Currently before the court is the parties' stipulated request to continue the May 29, 2019 hearing on defendants' motion for summary judgment to June 5, 2019. (ECF No. 68.) In the alternative, the parties advise that they are agreeable to vacating the hearing date and submitting the motion on the papers. (Id. at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to continue or vacate the May 29, 2019 hearing (ECF No. 68) is granted.

2. The May 29, 2019 hearing on defendants' motion for summary judgment is vacated and the motion is submitted on the papers.

Dated: May 23, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
13:bark3008.vacate　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1