Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, Ca. 95926
(530) 895-3252

Counsel for Plaintiff William Barker

United States District Court

Eastern District of California

| | | |
|---|---|---|
| William Barker, | ) | Case No. 2:16-cv-03008-CKD (PC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Notice of Appeal** |
| | ) | |
| Osemwingie, et al., | ) | |
| | ) | 28 U.S.C. § 1292(a)(1) |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

1     NOTICE IS HEREBY GIVEN that plaintiff William Barker hereby

2   appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for

3   the Ninth Circuit from the order of April 21, 2020, granting defendants' bill of

4   costs.

5

6   Dated:  April 30, 2020                    DISABLED ADVOCACY GROUP

7

8                                              */s/ Scottlynn J Hubbard*
                                               SCOTTLYNN J HUBBARD
9                                              Attorney for Plaintiff William Barker

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28