UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:16-cv-3008 CKD P |
| Plaintiff, | |
| v. | ORDER |
| OSEMWINGIE, et al., | |
| Defendants. | |

    This matter was remanded to this court from the Ninth Circuit on December 21, 2021. Pursuant to the terms of the remand order, plaintiff is granted 30 days within which to file a third amended complaint. In the third amended complaint, plaintiff may raise claims under Title II of the Americans with Disabilities Act (42 U.S.C. § 12131 et seq.) and the Rehabilitation Act of 1973 (29 U.S.C. § 701 et seq.). Plaintiff may also raise a claim for retaliation under Title V of the Americans with Disabilities Act (42 U.S.C. § 12203). The third amended complaint must comply with the terms of the remand order, bear the docket number assigned this case, and must be

/////
/////
/////
/////
/////

labeled "Third Amended Complaint."  Failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  March 4, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

bark3008.lta

2