UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER, | No. 2:16-cv-3008 CKD P |
| Plaintiff, | |
| v. | ORDER |
| OSEMWINGIE, et al., | |
| Defendants. | |

Plaintiff has submitted a third amended complaint which the court must screen pursuant to 28 U.S.C. § 1915A(a).  The court has reviewed the third amended complaint and it appears there is an error.  In paragraph 16, plaintiff complains about the manner in which a Hoyer lift was used to transfer plaintiff from his wheelchair to his bed.  Over the course of this action, however, plaintiff has maintained that defendants are liable for the manner in which a Hoyer lift was used to transfer plaintiff from his wheelchair to a toilet.

/////

/////

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted 14 days to either file a fourth amended complaint to correct the error identified above or inform the court he wishes to proceed on the third amended complaint as is. If the court does not receive a response to this order, this matter will proceed on the third amended complaint.

Dated: April 7, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bark3008.4th